[949 NE2d 497, 925 NYS2d 406]

WENDY HAZEN, Appellant, v BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF CITY OF NEW YORK et al., Respondents.

Decided June 2, 2011

## APPEARANCES OF COUNSEL

*Wendy Hazen*, appellant pro se.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Julian L. Kalkstein* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs (*see Matter of Hickey v New York City Dept. of Educ.*, 17 NY3d 729 [2011] [decided today]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.